AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

FILED

FEB 2 5 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 1:20MJ86 |
| | ) | |
| MATTHEW DMITRI RICHARDSON | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 24, 2020_____ in the county of _____Arlington_____ in the
_____Eastern_____ District of _____Virginia_____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 844(i) | The defendant did maliciously attempt to damage and destroy by means of fire, a vehicle used in and affecting interstate and foreign commerce. |

This criminal complaint is based on these facts:

See attached affidavit.

❐ Continued on the attached sheet.

_Complainant's signature_

Reviewed By:   AUSA Marc J. Birnbaum
　　　　　　　SAUSA Paul Embroski

Officer Michael Landry-Pentagon Police Department
_Printed name and title_

Sworn to before me and signed in my presence.

Date:   _____February 25, 2020_____

City and state:   _____Alexandria, VA_____

/s/

Ivan D. Davis
United States Magistrate Judge