IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA



FILED
in open Court
JUN 1 8 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW DMITRI RICHARDSON,<br><br>Defendant. | Case No. 1:20-126<br><br>Count 1: 18 U.S.C. § 1363<br>(Malicious Destruction of Property) |

INDICTMENT
June 2020 Term - at Alexandria, Virginia

COUNT 1
(Malicious Destruction of Property)

THE GRAND JURY CHARGES THAT:

On or about February 24, 2020, on the Pentagon Reservation, within the Special Maritime and Territorial Jurisdiction of the United States, in the Eastern District of Virginia, the defendant, MATTHEW DMITRI RICHARDSON, did willfully and maliciously cause damage to the personal property of another by means of arson.

(In violation of Title 18, United States Code, Section 1363)

A TRUE BILL
Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

G. Zachary Terwilliger
United States Attorney

By: _____
Paul A. Embroski
Special Assistant United States Attorney
Marc J. Birnbaum
Assistant United States Attorney

1