JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                            U.S. District Court

**Place of Offense:**          Under Seal: Yes ___ No _X_    Judge Assigned:  Hon. Leonie M. Brinkema
City _____  ___Superseding Indictment   Criminal Number: 1:20-CR-126

County/Parish  Arlington   Same Defendant _X_____   ___New Defendant _____
                           Magistrate Judge Case Number 1:20-MJ-86_____  Arraignment Date: _____
                           Search Warrant Case Number _____
                           R 20/R 40 from District of _____
                           Related Case Name and No: _____

**Defendant Information:**
Juvenile – Yes ___ No _X_ FBI #: _____
Defendant Name: Matthew Dmitri RICHARDSON    Alias Name(s) _____
Address: _____
Employment: _____
Birth date xx/xx/2000  SS# xxx-xx-3303  Sex M  Def Race _____  Nationality ___ USC ___ Place of Birth  Arkansas
Height  5'5"    Weight  150   Hair  Brown   Eyes  Blue    Scars/Tattoos _____
Interpreter:  _X_ No  ___ Yes   List language and/or dialect _____  Automobile Description _____

**Location Status:**
Arrest Date  02/24/2020
_X_ Already in Federal Custody as of  02/24/2020  in Alexandria City Jail
___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody
___ Arrest Warrant Requested    ___ Fugitive                ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought         ___ Bond

**Defense Counsel Information:**
Name:  Brooke Sealy Rupert           ___ Court Appointed    Counsel conflicted out: _____
Address:  1650 King St., Suite 500
          Alexandria, VA 22314        ___ Retained
Telephone: 703-600-0800               _X_ Public Defender    Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**
SAUSA  Paul Embroski     Telephone No: 703-693-7374     Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
Officer Michael Landry, Pentagon Police Department

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1363 | Malicious Destruction of Property | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 6-15-20      Signature of SAUSA: _____