IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-CR-126 |
| v. | Count 1: 18 U.S.C. § 1363 (Injury to Personal Property) |
| MATTHEW DMITRI RICHARDSON, Defendant. | |

SUPERSEDING INDICTMENT
October 2020 Term - at Alexandria, Virginia

COUNT 1
(Injury to Personal Property)

THE GRAND JURY CHARGES THAT:

On or about February 24, 2020, on the Pentagon Reservation, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MATTHEW DMITRI RICHARDSON, did willfully and maliciously injure the personal property of another by means of arson.

(In violation of Title 18, United States Code, Section 1363.)

A TRUE BILL

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

Foreperson

G. Zachary Terwilliger
United States Attorney

Paul A. Embroski
Suzanne Horton
Special Assistant United States Attorneys
Marc J. Birnbaum
Assistant United States Attorney

FILED IN OPEN COURT
OCT - 7 2020