## CRIMINAL BENCH TRIAL PROCEEDINGS

Date:   10/13/20          Case No:   1:20cr126          Commenced:  1:35pm
                                                        Lunch Recess: _____

Before the Honorable: Judge Brinkema              Case Concluded:  3:14pm
                                                  **Probation Email:   x**

Court Reporter:  T. Harris

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | Marc Birnbaum, Paul Embroski , AUSA |
| vs. | , AUSA |
| MATTHEW DMITRI RICHARDSON | Brooke Rupert, Holly Letourneau , DEFT |
|  | , DEFT |

Rule Envoked on Witnesses [X] By:  Defendant          Opening Statements [ X ]

Government Adduced Evidence and Rests [ X ] Motions: _____

Defendant did not Adduce any Evidence - Motions: Deft motion for judgment of acquittal is argued and Denied

Evidence Concluded [X]      Rebuttal Evidence Adduced [   ]      Closing Arguments [X]

The Court finds the defendant: ( ) Not Guilty as to Count(s):_____

             (X) Guilty as to Count:  1 of the Superseding Indictment

PSIR Ordered [X]                    Deft(s) Directed to Report to P.O. [    ]
Deft(s) Continued on Present Bond [    ]      Deft(s) Remanded [X]

Case Continued To:   February 9, 2021 at 9:00am     For   Sentencing
  Deft was arraigned on Superseding Indictment: Deft WFA, PNG, and demanded a trial by the Court
  Deft advised the Court he has not been taking his sleep medication